UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel V.,<br><br>Plaintiff,<br><br>v.<br><br>Carolyn Colvin,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:24-cv-01368-AS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $3,889.45 and $405.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: February 6, 2025

/ s / Sagar
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1